UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRADLEY D. FLORA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HAIN CELESTIAL GROUP, INC., IRWIN D. SIMON, and PASQUALE CONTE,<br><br>Defendants. | **Case No. 2:16-cv-04581-ADS-SIL**<br><br>ECF Case |
| RODNEY LYNN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HAIN CELESTIAL GROUP, INC., IRWIN D. SIMON, and PASQUALE CONTE,<br><br>Defendants. | **Case No. 2:16-cv-04589-ADS-SIL**<br><br>ECF Case |
| JAMES SPADOLA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HAIN CELESTIAL GROUP, INC., IRWIN D. SIMON, and PASQUALE CONTE,<br><br>Defendants. | **Case No. 2:16-cv-04597-ADS-AYS**<br><br>ECF Case |

**NOTICE OF MOTION AND MOTION OF ROSEWOOD FUNERAL HOME FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, <u>AND APPROVAL OF SELECTION OF COUNSEL</u>**

**TO: THE CLERK OF THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that on a date and at a time designated by the Court, before the Honorable Arthur D. Spatt, at the United States District Court for the Eastern District of New York, located at the Long Island Courthouse, 100 Federal Plaza, Courtroom 1020, Central Islip, New York, Rosewood Funeral Home ("Rosewood") will respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for entry of an Order: (i) consolidating the above-captioned actions (the "Action") pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; (ii) appointing Rosewood as Lead Plaintiff; and (iii) approving Rosewood's selection of Labaton Sucharow LLP and Goldberg Law PC as Co-Lead Counsel for the Class.  This motion is supported by the accompanying Memorandum of Law, the Declaration of Christopher J. Keller and exhibits annexed thereto, the prior pleadings and proceedings herein, and such other written or oral argument as may be permitted by the Court.

This motion is made on the grounds that Rosewood believes it is the "most adequate plaintiff" pursuant to the PSLRA and should therefore be appointed Lead Plaintiff.  Specifically, Rosewood believes that it has the "largest financial interest" in the relief sought by the Class in the Action as a result of the substantial losses it suffered on its purchases of Hain Celestial Group, Inc. securities between November 5, 2015 and August 16, 2016, inclusive.  Rosewood also believes that it otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because its claims are typical of other Class members' claims and because it will fairly and adequately represent the interests of the Class.

DATED:  October 17, 2016              Respectfully submitted,

                                      */s/ Christopher J. Keller*
                                      Christopher J. Keller

Eric J. Belfi
Francis P. McConville
Seth M. Jessee
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile:  (212) 818-0477
ckeller@labaton.com
ebelfi@labaton.com
fmcconville@labaton.com
sjessee@labaton.com

*Counsel for Rosewood Funeral Home and Proposed Co-Lead Counsel for the Class*


Michael Goldberg
Brian J. Schall
**GOLDBERG LAW PC**
1999 Avenue of the Stars
Suite 1100
Los Angeles, California 90067
Telephone: (800) 977-7401
Facsimile:  (800) 536-0065

*Counsel for Rosewood Funeral Home and Proposed Co-Lead Counsel for the Class*