**UNITED STATES DISTRICT COURT**      **CIVIL CONFERENCE**
**EASTERN DISTRICT OF NEW YORK**      **MINUTE ORDER**

BEFORE: STEVEN I. LOCKE             DATE: 1/11/2018
        U.S. MAGISTRATE JUDGE       TIME: 11:00 am

**CASE: CV 16-4581(ADS) In Re The Hain Celestial Group, Inc. Securities Litigation**

TYPE OF CONFERENCE: MOTION           FTR: 10:44-11:12

APPEARANCES:
        For Plaintiff:   Seth Jessee
                    Michael Canty

        For Defendant: Timothy Hoeffner
                    Jason Gerstein

**THE FOLLOWING RULINGS WERE MADE:**

☐     Scheduling Order entered.

☐     The court has adopted and So Ordered the joint proposed scheduling order [    ]
       submitted by the parties.

☐     The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.
       The action will be tried in accordance with the discretion and the trial calendar of the
       District Judge.

☒     Other: Plaintiffs' motion to lift the stay, DE [82], is denied for the reasons set forth on the
       record.  See Gruber v. Gilbertson, 16 CV 727, 2017 WL 3891701 (S.D.N.Y. Sept. 5,
       2017); Kuriakose v. Fed. Home Loan Mortg. Co., 674 F. Supp.2d 483 (S.D.N.Y. 2009);
       Westchester Putnam Heavy & Hwy Laborers Local 60, 08 Civ. 9528, 2009 WL 1285845
       (S.D.N.Y. May 8, 2009).  Plaintiffs have failed to establish the necessary "undue
       prejudice" required to lift the stay.  In the Court's view, the fact that Defendants' motion
       papers on their motion to dismiss pursuant to Rule 12(b)(6) may make certain statements
       attacking the viability of the Corrected Consolidated Class Action Complaint
       ("Complaint") by relying on statements outside the Complaint is irrelevant and fails to
       establish any prejudice whatsoever.   The Court will address the motion to dismiss on the
       merits of the allegations set forth in the Complaint and nothing in the Defendants' motion
       papers will prejudice Plaintiffs with respect to that analysis.

                                    SO ORDERED

                                 /s/Steven I. Locke
                                 STEVEN I. LOCKE
                                 United States Magistrate Judge