**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
In Re The Hain Celestial Group Inc.
Securities Litigation                                                                       **JUDGMENT**
                                                                                                       CV 16-4581 (ADS)(SIL)

-------------------------------------------------------------X

A Memorandum of Decision and Order of Honorable Arthur D. Spatt, United States District Judge, having been filed on April 6, 2020; granting in its entirety the Defendants' motion to dismiss the Second Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim; dismissing the Second Amended Complaint with prejudice; and respectfully directing the Clerk of the Court to close this case, it is

**ORDERED AND ADJUDGED** that the Plaintiffs take nothing of the Defendants; that the Defendants' motion to dismiss the Second Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim is granted in its entirety; that the Second Amended Complaint is dismissed with prejudice; and that this case is closed.

Dated: April 7, 2020
           Central Islip, New York

                                                                                DOUGLAS C. PALMER
                                                                                CLERK OF THE COURT
                                                                    By:    /s/ James J. Toritto
                                                                                Deputy Clerk