UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE THE HAIN CELESTIAL GROUP INC. SECURITIES LITIGATION | No. CV 16-4581 (ADS) (SIL)<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that Lead Plaintiffs Rosewood Funeral Home and Salamon Gimpel, individually and on behalf of the Class, appeal to the United States Court of Appeals for the Second Circuit from the Memorandum of Decision & Order, dated and entered on April 6, 2020 (ECF No. 122), and Judgment, dated and entered on April 7, 2020 (ECF No. 123), that dismissed the Second Amended Consolidated Class Action Complaint for Violations of Federal Securities Laws in its entirety and with prejudice.

Dated: May 5, 2020

Respectfully submitted,

LABATON SUCHAROW LLP

By: */s/ Jonathan Gardner*
Jonathan Gardner
Carol C. Villegas
David J. Goldsmith
Christine M. Fox
140 Broadway
New York, NY 10005
Tel.: (212) 907-0700
Fax: (212) 818-0477
jgardner@labaton.com
cvillegas@labaton.com
dgoldsmith@labaton.com
cfox@labaton.com

*Attorneys for Lead Plaintiff Rosewood Funeral Home and Co-Lead Counsel for the Class*

Gregory B. Linkh
GLANCY PRONGAY & MURRAY LLP
122 East 42nd Street, Suite 2920
New York, NY 10168
Tel: (212) 682-5340
Fax: (212) 884-0988
glinkh@glancylaw.com

Robert Prongay
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel.: (310) 201-9150
Fax: (310) 201-9160
rprongay@glancylaw.com

*Attorneys for Lead Plaintiff Salamon Gimpel and Co-Lead Counsel for the Class*