UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------X
In Re The Hain Celestial Group Inc.

Securities Litigation

---------------------------------------------X

**RECUSAL ORDER**

16-CV-04581 (JMA) (SIL)

FILED
CLERK
4:01 pm, Feb 01, 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

The undersigned hereby recuses herself from this matter pursuant to 28 U.S.C. § 455 (a) and it is requested that the Clerk of the Court reassign this matter to a randomly selected District Judge.

Dated: Central Islip, New York
February 1, 2022

SO ORDERED

  /s/ Joan M. Azrack
JOAN M. AZRACK
United States District Judge