**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE THE HAIN CELESTIAL GROUP INC. SECURITIES LITIGATION | No. 2:16-cv-04581-JS-LGD<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that Lead Plaintiffs Rosewood Funeral Home and Salamon Gimpel, individually and on behalf of the Class, appeal to the United States Court of Appeals for the Second Circuit from the Order Adopting Report and Recommendations, dated and entered on September 29, 2023 (ECF No. 148), and Judgment, dated and entered on September 29, 2023 (ECF No. 149), that dismissed the Second Amended Consolidated Class Action Complaint for Violations of Federal Securities Laws in its entirety and with prejudice.

Dated: October 26, 2023

LABATON SUCHAROW LLP

By: /s/ Christine M. Fox

Carol C. Villegas
Christine M. Fox
James M. Fee
140 Broadway, 34th Floor
New York, NY 10005
Tel.: (212) 907-0700
Fax: (212) 818-0477
cvillegas@labaton.com
cfox@labaton.com
jfee@labaton.com

*Attorneys for Lead Plaintiff Rosewood Funeral Home and Co-Lead Counsel for the Class*

Jonathan M. Rotter
GLANCY PRONGAY & MURRAY LLP
745 Fifth Avenue, 5th Floor
New York, NY 10151
Tel: (212) 935-7400
Fax: (212) 884-0988
jrotter@glancylaw.com

Robert Prongay
Leanne Heine Solish
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel.: (310) 201-9150
Fax: (310) 201-9160
rprongay@glancylaw.com
lsolish@glancylaw.com

*Attorneys for Lead Plaintiff Salamon Gimpel and Co-Lead Counsel for the Class*

Brian Schall
THE SCHALL LAW FIRM
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964
brian@schallfirm.com

*Attorney for Lead Plaintiff Rosewood Funeral Home and Co-Lead Counsel for the Class*