# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of September, two thousand twenty-five.

Before: Robert D. Sack,
William J. Nardini,
Eunice C. Lee,
*Circuit Judges*.

---

Salamon Gimpel, Rosewood Funeral Home,

**JUDGMENT**

Lead Plaintiffs-Appellants,

Docket No. 23-7612

James Spadola, Rodney Lynn,

Consolidated Plaintiffs,

Bradley D. Flora, Individually and on behalf of all others similarly situated,

Plaintiff,

v.

The Hain Celestial Group, Inc., Irwin D. Simon, Pasquale Conte, John Carroll, Stephen J. Smith,

Defendants - Appellees.

---

The appeal in the above captioned case from a judgment of the United States District Court for the Eastern District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is VACATED and this case is REMANDED for further proceedings consistent with this Court's opinion.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

