**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re The Hain Celestial Group Inc. Securities Litigation | Case No. 2:16-cv-04581-LGD<br><br>Hon. Lee G. Dunst |

**LEAD PLAINTIFFS' MOTION FOR (I) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; (II) CERTIFICATION OF THE SETTLEMENT CLASS; AND (III) APPROVAL OF NOTICE TO THE SETTLEMENT CLASS**

PLEASE TAKE NOTICE that Court-appointed Lead Plaintiffs Rosewood Funeral Home and Salamon Gimpel (collectively, "Lead Plaintiffs"), on behalf of themselves and the other members of the proposed Settlement Class, through court-appointed Co-Lead Counsel Labaton Keller Sucharow LLP, Glancy Prongay Wolke & Rotter LLP, the Law Offices of Howard G. Smith, and The Schall Law Firm (collectively, "Co-Lead Counsel"), hereby move this Court for an Order, pursuant to Federal Rule of Civil Procedure 23(a), (b)(3), and (e)(1): (i) preliminarily approving the proposed Settlement of this securities class action; (ii) preliminarily certifying the Settlement Class and appointing Lead Plaintiffs as Class Representatives and Co-Lead Counsel as Class Counsel, for purposes of the Settlement only; (iii) approving the form and manner of notice of the Settlement to the Settlement Class, including the procedures and deadlines for objecting, requesting exclusion, and submitting Claim Forms; (iv) scheduling a date for the final Settlement Hearing; and (v) granting such other and further relief as the Court may deem fair and proper.

This motion is based on the accompanying Memorandum of Law in Support of Lead Plaintiffs' Motion for (I) Preliminary Approval of Class Action Settlement; (II) Certification of the Settlement Class; and (III) Approval of Notice to the Settlement Class; and separately, the Joint Declaration of Christine M. Fox and Leanne H. Solish, dated June 26, 2026, with annexed exhibits, filed herewith.

A proposed Order Granting Preliminary Approval of Class Action Settlement, Approving Form and Manner of Notice, and Setting Date for Hearing on Final Approval of Settlement ("Preliminary Approval Order"), which was negotiated by the Parties, with annexed exhibits, is also submitted herewith.

Defendants do not oppose entry of the proposed Preliminary Approval Order and reserve all rights, claims, arguments, and defenses in the event the Settlement does not become effective.

Defendants' non-opposition is not intended, and shall not be construed, as agreement with or adoption of Lead Plaintiffs' factual or legal characterizations in this Motion.

DATED: June 26, 2026

Respectfully submitted,

*/s/ Christine M. Fox*
Carol C. Villegas
Christine M. Fox
Emily N. Gault
LABATON KELLER SUCHAROW LLP
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
Email: cvillegas@labaton.com
cfox@labaton.com
egault@labaton.com

***Counsel for Lead Plaintiff Rosewood Funeral Home and Co-Lead Counsel for the Class***

Robert V. Prongay
Leanne H. Solish
Melissa C. Wright
GLANCY PRONGAY WOLKE & ROTTER LLP
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
Tel.: (310) 201-9150
Fax: (310) 201-9160
Email: rprongay@glancylaw.com
lsolish@glancylaw.com
mwright@glancylaw.com

***Counsel for Lead Plaintiff Salamon Gimpel and Co-Lead Counsel for the Class***

Brian Schall
THE SCHALL LAW FIRM
1880 Century Park East, Suite 404
Los Angeles, California 90067
Telephone: (424) 303-1964
brian@schallfirm.com

***Counsel for Lead Plaintiff Rosewood Funeral Home and Co-Lead Counsel for the Class***

Howard G. Smith
LAW OFFICES OF HOWARD G. SMITH
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847
Email: howardsmith@howardsmithlaw.com

***Counsel for Lead Plaintiff Salamon Gimpel and Co-Lead Counsel for the Class***

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2026, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered ECF participants.

/s/ *Christine M. Fox*
CHRISTINE M. FOX